UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00121

**Gregory Scott Covey,**
*Plaintiff,*
v.
**Gregg County Facility, et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

Plaintiff Gregory Scott Covey, an inmate formerly confined at the Gregg County Jail, proceeding pro se and in forma pauperis, filed this action pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

On April 21, 2020, Judge Mitchell entered a report and recommendation that that plaintiff's lawsuit be dismissed with prejudice. Doc. 24. Specifically, Judge Mitchell found that plaintiff's claims and request for injunctive relief against the Gregg County Jail are now moot because he is no longer confined at that facility, and that plaintiff failed to connect defendants President Donald Trump and Governor Greg Abbott to his action in any way. In addition, Judge Mitchell recommends dismissing plaintiff's lost property claim because (1) plaintiff offered only conclusory statements pertaining to this claim, and (2) the Texas state judicial system provides adequate post-deprivation remedies.

A copy of this report was mailed to plaintiff, and he has filed no objections. When no party objects to a magistrate judge's report and recommendation within 14 days of service, the court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*,

79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Here, there is no clear error. Accordingly, the magistrate judge's report and recommendation is **adopted**. Plaintiff's complaint is **dismissed with prejudice**. All pending motions are **denied as moot**. The clerk of court is **directed** to close the case.

*So ordered by the court on June 23, 2020.*

J. CAMPBELL BARKER
United States District Judge